■ In the Matter of the Estate of BERNARD EDSON, Deceased. ROBERT EDSON et al., Appellants; DURGA EDSON, as Executrix, Respondent. [642 NYS2d 502] —Order, Surrogate's Court, Suffolk County (A. Gail Prudenti, S.), entered on or about January 6, 1995, unanimously affirmed for the reasons stated by Prudenti, S., without costs and disbursements. No opinion. Concur— Wallach, J. P., Ross, Nardelli, Williams and Mazzarelli, JJ.